UNITED STATES BANKRUPTCY CO[URT], SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)    CASE NO.: 09-18696-LMI

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael Armenteros    CO-DEBTOR: Georgette Garcia

Last Four Digits of SS# 1567 .    Last Four Digits of SS# 7522 .

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __38__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 300.00 for months __1__ to __38__ ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee  $ 3000.00  TOTAL PAID $ 1700.00
                   Balance Due     $ 1300.00  payable $ 130.00 month (Months __1__ to __10__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. N/A
Address _____
Account # _____

Arrearage on Petition Date $ _____ .
Arrears Payment  $ _____ /month (Months _____ to _____ )
Regular Payment  $ _____ /month (Months _____ to _____ )
Arrears Payment  $ _____ /month (Months _____ to _____ )

2. _____
Address _____
Account # _____

Arrearage on Petition Date $ _____ .
Arrears Payment  $ _____ /month (Months _____ to _____ )
Regular Payment  $ _____ /month (Months _____ to _____ )
Arrears Payment  $ _____ /month (Months _____ to _____ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Countrywide Home Loans Acct # 166466120 | 0 | 0 | 0 | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A    Total Due $ _____ .
          Payable  $ _____ /month (Months _____ to _____ ) Regular Payment $ _____

Unsecured Creditors: Pay $ 142.73 month (Months __1__ to __10__ ) Pay $ 272.73/mo. (mos 11-38)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are paying Countrywide Home Loans (acct # 166466110) directly outside the plan. Debtors assume the lease with Emuo Financial Services and GMAC.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor                     Joint Debtor

Date: 5/21/09    Date: 5/21/09

LF-31(rev. 8/01/06)