**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In  re:

MICHAEL ARMENTEROS
SSN: XXX-XX-1567
GEORGETTE GARCIA
SSN: XXX-XX-7522

Case No. 09-18696-LMI
Chapter 13

_____Debtors_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 11 | eCast Settlement Corp. Asignee of HSBC Bank Nevada | $4,307.68 | The creditor filed a secured claim in the amount of $4,307.68.  The Debtors object to said claim due to the fact that the debtors surrender all interest in the 2006 Honda Road/Street Shadow Spirit. Therefore the claim of eCast Settlement Corp., |

LF-24 (rev. 06/02/08)

should be stricken and disallowed.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following via CM/ECF and regular mail to Nancy N. Herkert, Trustee, P.O. Box 279806, Miramar, FL 33027 and via regular mail to : Debtors, Michael Armenteros & Georgette Garcia, 927 SW 143 Place, Miami, FL  33184;  eCast Settlement Corporation, P.O. Box 7247-6971, Philadelphia, PA  19170-6971 on this 4th day of August, 2009.

**Law Office of Henry Hernandez, P.A.**
Attorney for Debtor
7955 NW 12th Street, Suite 429
Miami, FL 33126
Telephone: 305-599-8999
Facsimile: 305-599-4112

By: /s/ Henry Hernandez_____
      Henry Hernandez, Esq.
      FL Bar No. 542601

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).

LF-24 (rev. 06/02/08)                    Παγε 2 οφ  2