UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**       CASE NO.: 09-18696-LMI

☒ __First__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Michael Armenteros        CO-DEBTOR: Georgette Garcia

Last Four Digits of SS# 1567        Last Four Digits of SS# 7522

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 334.22 for months 1 to 60 ;
B. $_____ for months _____ to _____ ;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3000.00   TOTAL PAID $ 1700.00
                  Balance Due      $ 1300.00   payable $ 162.50 month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. N/A
Address _____
_____
Account # _____

Arrearage on Petition Date $_____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)
Arrears Payment $_____ /month (Months _____ to _____)

2. _____
Address _____
_____
Account # _____

Arrearage on Petition Date $_____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)
Arrears Payment $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Countrywide Home Loans Acct # 116046120 | -0- | -0- | -0- | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. N/A        Total Due $_____
              Payable  $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $ 138.30 month (Months 1 to 8) Pay $300.80/mo. (mos. 9-60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are paying Countrywide Home Loans (Acct #116046112) directly outside the plan. Debtors assume the lease with BMW Financial Services and GMAC.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ _____                              /s/ _____
Debtor                                   Joint Debtor
Date: 8/5/09                             Date: 8/5/09

LF-31(rev. 8/01/06)