

**ORDERED in the Southern District of Florida on August 18, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No. 09-18696-BKC-LMI

MICHAEL ARMENTEROS and
GEORGETTE GARCIA,                                        Chapter 7

        Debtors.
_____/

### ORDER DENYING WITHOUT PREJUDICE OBJECTION TO CLAIM

This matter came before the Court on the Objection to Claim (DE #36) filed by eCAST Settlement Corp. Assignee of HSBC Bank Nevada. The Court having reviewed the Objection and the record, it is ORDERED:

1. The 's Objection to Claim (DE #36) is denied without prejudice with leave to re-serve the claimant at the address for notices listed on the proof of claim in accordance with Local Rule 3007-1, within ten (10) days from the date of this order.

###

Copy to:
Henry Hernandez, Esq.

*Attorney Hernandez shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*