

**ORDERED in the Southern District of Florida on October 12, 2011.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                         Case No.  09-18696-BKC-LMI

MICHAEL ARMENTEROS and                         Chapter 7
GEORGETTE GARCIA,

        Debtors.
_____/

### ORDER DENYING OBJECTION TO CLAIM AS MOOT

This matter came before the Court upon the Objection to Claim (ECF #128) filed by ECast Settlement (Claim No. 11). The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED AS FOLLOWS**:

1.    The Objection to Claim (ECF #128) is denied as moot as an Order pertaining to this claim has already been entered.

###

Copies furnished to:
Henry Hernandez, Esq.

*Attorney Hernandez shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*